IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

                        Plaintiff,                        **4:08CR3011**

            vs.

STEVIE WILLIAMS,                                          **ORDER**

                        Defendant.

Based on the court's records, the defendant has violated the terms of his supervised release.   The defendant's probation officer supports a public law placement for Mr. Williams at a residential re-entry center in Sioux City.  Mr. Williams' placement at a residential re-entry center would reasonably assure his future appearance in court and the safety interests of the community.

Accordingly,

IT IS ORDERED that the defendant is released subject to the following:

1)      The defendant shall appear at his revocation hearing scheduled for December 3, 2015, at 1:00 p.m. in Courtroom 2, Federal Building, 100 Centennial Mall North, Lincoln, NE before Judge Richard G. Kopf.

2)      The defendant shall comply with all terms and conditions of supervised release which were imposed at sentencing, and the following additional conditions:

        a.      When an opening becomes available at Dismas, in Sioux City, Iowa, the defendant will be placed at that facility under the community corrections component of the Bureau of Prisons.  If the defendant is discharged from that facility for any reason whatsoever, or leaves the premises of the facility without authorization, the United States Marshal, and/or any law enforcement officer is ordered to take the defendant into

custody and detain the defendant pending a prompt hearing before the court.

b.    The probation officer assigned to this matter shall assist counsel with the preparation of the necessary paper work.

c.    This order does not moot the pending petition for an offender under supervision.

October 1, 2015.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge