IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:08CR3011 |
| vs. | |
| STEVIE WILLIAMS, | ORDER |
| Defendant. | |

The defendant's motion to modify release (filing no. 96) is granted in part. The defendant is released subject to the following:

1) The defendant shall appear at his revocation hearing scheduled for March 8, 2016 at 12:00 p.m. (noon)

2) The defendant shall comply with all terms and conditions of supervised release which were imposed at sentencing, and the following additional conditions:

   a. The defendant shall be monitored by Radio Frequency (RF) monitoring for a period of 3 months and shall abide by all technology requirements. The participant shall pay the costs of participation in the location monitoring program as directed by the court and the probation officer. This form of location monitoring technology shall be utilized to monitor the following restriction on the defendant's movement in the community as well as other court-imposed conditions of release.

   b. The defendant is restricted to his residence every day from 9:00 p.m. to 5:00 a.m., or as directed by the supervising officer.

December 30, 2015.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge