IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **4:08CR3011** |
| vs. | |
| STEVIE WILLIAMS, | **DETENTION ORDER** |
| Defendant. | |

Defendant was afforded an opportunity for a hearing, but is currently being held in state custody on unrelated charges, and agreed to waive the right to a detention hearing. Defendant has therefore failed to meet the burden of showing, by clear and convincing evidence pursuant to 18 U.S.C. § 3143 (a) and Fed. R. Crim. P. Rule 32.1(a)(6), that Defendant will appear at court proceedings and will not pose a danger to the safety of any person or the community if released.

Accordingly,

IT IS ORDERED:

1)      Defendant shall be returned to state custody for confinement on state charges.

2)      Upon release from state custody, the U.S. Marshal is commanded to take custody of the above-named defendant for further proceedings in this court.

August 31, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge