IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:08CR3011 |
| v. | ) | |
| STEVIE WILLIAMS, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that:

(1) The plaintiff's motion to continue (filing no. 137) is granted.

(2) The defendant's revocation hearing is rescheduled to Friday, January 12, 2018, at 9:00 a.m., for three hours, before the undersigned United States district judge, in Courtroom No. 2, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

DATED this 22nd day of December, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge