IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

IN RE:

APPLICATION FOR A MATERIAL
WITNESS WARRANT FOR SHANNON L.
WILLIAMS

**SEALED**
4:08CR3011
~~4:17MJ3144~~

ORDER

This matter came before the Court upon application by the United States seeking an arrest warrant for Ms. Shannon L. Williams as a material witness, Filing No. 1. The Court has reviewed the supporting affidavit of U.S. Probation and Pretrial Services Officer, Lance J. Hall. The Court, being fully advised, finds that the application for a material witness warrant should be, and hereby is, granted.

DATED this 8th day of January, 2018.

BY THE COURT:

Richard G. Kopf
Senior United States District Judge