IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>STEVIE WILLIAMS,<br><br>        Defendant,<br><br>SHANNON L. WILLIAMS,<br><br>        Material Witness. | 4:08CR3011<br><br>**ORDER** |

The court has requested counsel be present with the material witness at scheduled hearings. Therefore,

IT IS ORDERED:

1) Tregg Lunn is appointed as attorney of record for the above-named material witness in this matter and shall forthwith file an appearance in this case. The Federal Public Defender's Office shall forthwith provide counsel with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

2) The Clerk shall provide a copy of this order to the Federal Public Defender for the District of Nebraska and to the appointed attorney.

January 9, 2018

BY THE COURT:

*s/ Richard G. Kopf*
Senior United States District Judge